# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE PLASTIC SURGERY CENTER, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>BEAUTY ART CENTER, LLC, et al.<br><br>Defendant(s). | CASE NO.<br>2:20−cv−05125−DSF−MAA<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before November 21, 2022. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: October 20, 2022                  /s/ *Dale S. Fischer*
                                              Dale S. Fischer
                                              United States District Judge