JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAVE PLASTIC SURGERY CENTER, INC., et al., <br>     Plaintiffs, <br><br> v. <br><br> BEAUTY ART CENTER, LLC, et al., <br>     Defendants. | CV 20-5125 DSF (MAAx) <br><br> JUDGMENT |

    The Court having denied a motion for default judgment and a renewed motion for default judgment, and having found that further attempts would be futile,

    IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed without prejudice.

Date: March 17, 2023

                                            Dale S. Fischer <br>
                                            United States District Judge